UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-81170-CIV-HUCK/O'SULLIVAN

CLEARPLAY, INC.,
    Plaintiff,
v.

NISSIM CORP. and MAX ABECASSIS,
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court following an informal discovery conference on April 1, 2010. Having reviewed the record and having heard from both parties, it is

ORDERED AND ADJUDGED that for the reasons stated on the record the Court will stay ruling on the issue of punitive damages discovery until the Federal Circuit Court determines the related case. At that time, the plaintiff shall notify the Court by filing a motion to compel discovery. Pursuant to Fed. R. Civ. P. 26, the Court has wide discretion to fashion discovery orders.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **1st** day of April, 2010.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Huck
All Counsel of Record